```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

INTEC USA, LLC,                   )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )     1:05CV00468
                                  )
JONATHAN ENGLE, RAPH ENGLE        )
IBEX TECHNOLOGIES LIMITED,        )
IBEX INDUSTRIES LIMITED,          )
IBEX INDUSTRIES PTY LIMITED,      )
IBEX TECHNOLOGIES PTY LIMITED,    )
IBEX THERMAL PROCESSING LIMITED,  )
IBEX DO BRAZIL, LTDA,             )
SYSTEMS TECHNOLOGY (NZ)LIMITED,   )
and ILLUM LIMITED,                )
                                  )
     Defendants.                  )

<u>ORDER</u>

OSTEEN, District Judge

    In this Standing Order 30 proceeding, the Magistrate Judge has recommended that the Defendants' Motion to Dismiss For Lack of Personal Jurisdiction should be granted. Plaintiff timely filed objections to the recommendation. Defendants then responded to Plaintiff's objections.

    This court has conducted a review of the file and has determined that the recommendation of the Magistrate Judge is appropriate and should be adopted.

    The court adopts the recommendation of the Magistrate Judge entered September 8, 2005, as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss For Lack of Personal Jurisdiction [3] is **GRANTED**. All Defendants are dismissed except for Defendants Raph Engle and Systems Technology (NZ) Ltd.

This the 3rd day of January 2006.

```
                            _____
                                  United States District Judge
```