IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| INTEC USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV00468 |
| | ) | |
| JONATHAN ENGLE, RAPH ENGLE, | ) | |
| IBEX TECHNOLOGIES LIMITED, | ) | |
| IBEX INDUSTRIES LIMITED, | ) | |
| IBEX INDUSTRIES PTY LIMITED, | ) | |
| IBEX TECHNOLOGIES PTY LIMITED, | ) | |
| IBEX THERMAL PROCESSING LIMITED | ) | |
| IBEX DO BRAZIL LTDA, | ) | |
| SYSTEMS TECHNOLOGY (NZ) LIMITED, | ) | |
| ILLUM LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

OSTEEN, District Judge

In this Standing Order 30 proceeding, the Magistrate Judge has recommended that Plaintiff's Motion to Reactivate, Vacate, and Remand be granted. IBEX Defendants timely filed objections to the recommendation and Plaintiff responded. IBEX Defendants filed a reply.

This court has conducted a review of the file and has determined that the recommendation of the Magistrate Judge is appropriate and should be adopted.

The court adopts the recommendation of the Magistrate Judge entered April 20, 2007, as its own findings and conclusions.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reactivate, Vacate, and Remand [Doc. No. 33] is **GRANTED**.

This the 18th day of June 2007.

                                                     United States District Judge